UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDIE BAKER,

    Plaintiff,

v.

VICTOR OSEI, *et al.*,

    Defendants.
_____/

Case No. 25-cv-13410
Hon. Matthew F. Leitman

## ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

On October 27, 2025, Plaintiff Candie Baker filed this action against Defendants Victor Osei and Xavier Hinton. (*See* Compl., ECF No. 1.) Baker alleges that Defendants violated her constitutional rights while she was involuntary committed at the Walter Reuther Psychiatric Hospital. (*See id.*)

On January 9, 2026, Defendants filed a motion to dismiss Baker's claims pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 10.) Defendants argue, among other things, that (1) Baker's claims are barred by Eleventh Amendment immunity and (2) Baker has not pleaded sufficient facts in support of her claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Baker the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by Defendants in the motion to

dismiss. The Court does not anticipate allowing Baker another opportunity to amend to add factual allegations that she could now include in her First Amended Complaint. Simply put, this is Baker's opportunity to allege any and all additional facts, currently known to her, that may cure the alleged deficiencies in her claims. In addition, this is Baker's opportunity to make clear whether she is bringing claims against the Defendants in their official capacities, individual capacities, or in both capacities.

By **January 23, 2026**, Baker shall file a notice on the docket in this action notifying the Court and Defendants whether she will be filing a First Amended Complaint. If Baker provides notice that she will be filing a First Amended Complaint, she shall file that amended pleading by no later than **February 9, 2026**. If Baker provides notice that she will not be filing a First Amended Complaint, she shall file a response to Defendants' pending motion to dismiss by no later than **February 9, 2026**. Finally, if Baker provides notice that she will be filing a First Amended Complaint, the Court will terminate without prejudice Defendants' currently-pending motion to dismiss as moot. Defendants may re-file a motion to dismiss directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3