UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDIE BAKER,

     Plaintiff,

v.

VICTOR OSEI, *et al.*,

     Defendants.

Case No. 25-cv-13410
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 10)

On October 27, 2025, Plaintiff Candie Baker filed this action against Defendants Victor Osei and Xavier Hinton. (*See* Compl., ECF No. 1.) Baker alleges that Defendants violated her constitutional rights while she was involuntary committed at the Walter Reuther Psychiatric Hospital. (*See id.*) Defendants thereafter filed a motion to dismiss Baker's claims pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 10.)

On January 12, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Baker the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims. The Court informed the parties that if Baker decided to file a First Amended Complaint, it

1

would terminate Defendants' currently-pending motion to dismiss without prejudice. (*See id.*)

On January 21, 2026, Baker filed a notice that she intends to file a First Amended Complaint. (*See* Notice, ECF No. 12.)   Accordingly, the Court **TERMINATES** Defendants' now-pending motion to dismiss (ECF No. 10) **WITHOUT PREJUDICE**.   Defendants may file a renewed dispositive motion directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 9, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126